# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| YASSIN H. MOHAMAD, | : No. 69 WM 2023 |
| | : |
| Petitioner | : |
| v. | : |
| | : |
| COURT OF COMMON PLEAS OF | : |
| PENNSYLVANIA, FAYETTE COUNTY, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and/or Extraordinary Relief" is DENIED.